UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-00615 AH (DSR)                                    Date: January 29, 2026

Title   Susanne Green v. Frank J. Bisignano

Present:  The Honorable:   Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**          (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED TO EASTERN DISTRICT OF CALIFORNIA**

On January 15, 2026, pro se Plaintiff Susanne Green ("Plaintiff") filed a Complaint seeking judicial review of a Social Security decision pursuant to 42 U.S.C. § 405(g) (Doc. No. 1, hereinafter the "Complaint"). Pursuant to that subdivision of Section 405, "Such action shall be brought in the district court of the United States for the judicial district in which the plaintiff resides . . ." 42 U.S.C. § 405(g), second sentence. Plaintiff states in her Complaint that she resides in Kern County, California. See Complaint at ¶¶ 4-5. Plaintiff is mistaken, however, in her allegation that Kern County is within the Central District of California. Kern County is located within the boundaries of the Eastern District of California. See 28 U.S.C. § 84(b).

In the interest of justice, a federal court may transfer a complaint filed in the wrong judicial district to the correct judicial district. See 28 U.S.C. § 1406(a); Ravelo Monegro v. Rosa, 211 F.3d 509, 512 (9th Cir. 2000). Judging from the facts alleged in the Complaint, the proper venue for this action is not in this judicial district, but rather in the Eastern District of California. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be transferred to the Eastern District of California. On or before **February 13, 2026**, Plaintiff shall file a response to this Order either agreeing to have this action transferred to the Eastern District of California or explaining why venue is appropriate in this judicial district. Plaintiff is warned

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-00615 AH (DSR)                                    Date: January 29, 2026

Title     Susanne Green v. Frank J. Bisignano


that if she fails to respond to this Order by that deadline, the Court will transfer the action to the Eastern District of California.  If Plaintiff no longer wishes to pursue this action, she may voluntarily dismiss the action by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1).  A form Notice of Dismissal is attached for convenience.

IT IS SO ORDERED.

Attachment: Notice of Dismissal (CV-9)

|  | : |
| --- | --- |
| **Initials of Preparer** | LK |