UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNE GREEN, | Case No. 1:26-cv-01779-CDB (SS) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 3) |
| Defendant. | **21-DAY DEADLINE** |

Plaintiff Susanne Green ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security denying Plaintiff's claim for disability benefits under the Social Security Act. (Doc. 1). Plaintiff did not pay the filing fee in this action and, instead, applied to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. (Doc. 3). However, the application demonstrates that Plaintiff's income and resources could be above the poverty threshold and the information provided is insufficient for the Court to determine whether Plaintiff is entitled to proceed without prepayment of fees in this action.

*Remainder of This Page Intentionally Left Blank*

1

Accordingly, the Court orders Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

**Conclusion and Order**

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward to Plaintiff Susanne Green an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239; and

2. **Within 21 days** of service of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239.

**Any failure by Plaintiff to timely comply with this order will result in a recommendation that the action be dismissed.**

IT IS SO ORDERED.

Dated:    **March 6, 2026**

UNITED STATES MAGISTRATE JUDGE

2