UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNE GREEN,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:26-cv-01779-KES-CDB (SS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 15 |

Plaintiff Susanne Green seeks judicial review of a decision denying her application for disability benefits under the Social Security Act.  Doc. 1.  Plaintiff applied to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915.  Doc. 3.  On March 6, 2026, the assigned magistrate judge found the IFP application demonstrated that Green's income and resources could be above the poverty threshold and ordered Green to file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" or, in the alternative, pay the filing fee.  Doc. 10.  After Green failed to take either action, the magistrate judge issued an order directing Green to show cause in writing why sanctions should not be imposed for her failure to comply with the Court's order.  Doc. 13.  Again, Green failed to respond.

On April 29, 2026, the magistrate judge issued findings and recommendations to dismiss the action for failure to prosecute and comply with the Court's orders.  Doc. 15.  The magistrate

judge evaluated the factors set forth in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002), and found the factors supported terminating sanctions. *Id.* at 2-4. The Court served the findings and recommendations on Green and informed her that any objections were due within 21 days. *Id.* at 4. The Court also advised Green that failure to file timely objections may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Green did not file any objections and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued on April 29, 2026 (Doc. 15), are ADOPTED in full.

2. The action is DISMISSED without prejudice.

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   June 5, 2026

UNITED STATES DISTRICT JUDGE

2